United States District Court
Southern District of Texas
**ENTERED**
February 24, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ANNE S. TSAO, | § |
| Plaintiff, | § § § |
| VS. | §  CIVIL ACTION NO. 4:16-CV-1724 |
| FERRING PHARMACEUTICALS, INC., | § § § |
| Defendant. | § |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## AMENDED MEMORANDUM AND RECOMMENDATION

The Court has reviewed the Amended Memorandum and Recommendation (Instrument No. 23) signed by Magistrate Judge Mary Milloy on January 4, 2017, regarding **Instrument 11**. Defendant timely filed objections. The Court has reviewed the Amended Memorandum and Recommendation and objections and made a de novo review of the Magistrate Judge's recommended dispositions to which objections were raised, Rule 72(b), Fed. R. Civ. P.; 28 U.S.C. § 636(b)(1)(C); *McLeod, Alexander, Powel & Apffel P.C. v. Quarles*, 925 F.2d 853, 855 (5th Cir. 1991), and after consideration of the applicable law, is of the opinion that said Memorandum and Recommendation should be adopted by this Court. It is therefore

ORDERED, ADJUDGED and DECREED that United States Magistrate Judge Milloy's Memorandum and Recommendation is hereby adopted by this Court.

The Clerk shall enter this Order and provide all parties with a true copy.

SIGNED on this the 24th day of February, 2017, at Houston, Texas.

**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**